**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-1550**

_____

DIRECTV INCORPORATED,

                              Plaintiff - Appellee,

        versus

STAN A. HARRISON,

                              Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, Chief District Judge.  (CA-03-454)

_____

Submitted:  February 5, 2007         Decided:  February 15, 2007

_____

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Stan A. Harrison, Appellant Pro Se.  Clement Dean Carter, III, Donald Jay Richardson, WILLIAMS MULLEN, Richmond, Virginia; Stephen Gerard Test, Robert Henry Burger, WILLIAMS MULLEN, Virginia Beach, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stan A. Harrison appeals the district court's order granting summary judgment in favor of DirecTV, Inc., on its action seeking damages for satellite signal piracy. Because the underlying debt has been discharged in Harrison's Chapter 7 bankruptcy proceeding, we dismiss this appeal as moot. In light of this disposition, we also deny DirecTV's motion to vacate the district court judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED